1  McGREGOR W. SCOTT
   United States Attorney
2  DANIEL S. LINHARDT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2909

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   CR. NO. S-04-419 LKK
         Plaintiff,              )
                                 )   ORDER RE: EXCLUDABLE TIME
     v.                          )
                                 )
RALPH R. RENNA,                  )
                                 )
         Defendant.              )
_____  )

This matter came on calendar on May 10, 2005, for a status hearing at which time Assistant U.S. Attorney Daniel S. Linhardt appeared on behalf of the government. Donald Heller, Esq., appeared on behalf of defendant Ralph R. Renna. The parties informed the Court that additional information had arisen which the parties needed to review and accordingly requested that the Court continue for further status conference to July 12, 2005 and the time between May 10, 2005, and July 12, 2005, be excluded pursuant to Local Code T4, counsel preparation. And this Court having determined that good cause appearing therefore the request of the parties to continue the matter is granted.

1

1  IT IS THEREFORE ORDERED:
2  That the trial set forth for May 24, 2005, is hereby vacated
3 and that the time between May 10, 2005, and July 12, 2005, shall
4 be excluded under the Speedy Trial Act pursuant to 18  U.S.C. §
5 3161(h)(8)(B)(iv), Local Code T4, delay resulting from the time
6 needed for effective trial preparation taking into account the
7 exercise of due diligence.

Dated: May 20, 2005           /s/Lawrence K. Karlton
                              HONORABLE LAWRENCE K. KARLTON
                              United States District Judge

2