DONALD H. HELLER, ESQ., SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Dr., Suite 100
Sacramento, CA 95864
Telephone: (916) 974-3500
Facsimile: (916) 974-1001

Attorneys for Defendant
Ralph R. Renna

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RALPH R. RENNA, ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) | Case No: CR S-04-0419 LKK <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDABLE TIME |

    It is hereby stipulated by and between Assistant United States Attorney, Daniel S. Linhardt for the Government and Donald H. Heller, Esq., attorney for Defendant, Ralph R. Renna, as follows:

    1. Donald H. Heller, attorney for Defendant will undergo a two level cervical foraminotomy on July 12, 2005, at Sutter General Hospital presently scheduled for 7:30 a.m., and accordingly will be unavailable to attend the current status conference scheduled for July 12, 2005, at 9:30 a.m.

    2. Defendant Ralph Renna has a waiver of appearance on file in this matter and has authorized Mr. Heller to exclude time to August 9, 2005, for further status conference.

    3. The government and Defendant Renna, hereby agree to continue the status conference to August 9, 2005 at 9:30 a.m.

4. Both parties have met in conference and have had multiple telephone discussions as to amicably resolving the case.

5. Both parties agree and stipulate that the court can excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(8)(A) and Local Code T4, as a result of Mr. Heller's unavailability.

Dated: July 5, 2005                         DONALD H. HELLER,
                                            A Law Corporation

                                            /S/
                                            DONALD H. HELLER
                                            Attorney for Defendant
                                            RALPH R. RENNA

Dated: July 5, 2005                         /S/
                                            DANIEL S. LINHARDT
                                            Assistant U.S. Attorney
                                            Attorney for the Government

Good Appearing:

IT IS THEREFORE ORDERED:

1. A further status hearing in the matter is set for August 9, 2005, at 9:30 a.m.
2. Pursuant to 18 U.S.C. § 3161 (h)(8)(A) and Local Code T4, time is excluded from July 12, 2005, through August 9, 2005.

DATED:      July 11 , 2005         /s/ Lawrence K. Karlton
                                   HONORABLE LAWRENCE K. KARLTON
                                   United States District Judge