McGREGOR W. SCOTT
United States Attorney
DANIEL S. LINHARDT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-29770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br> RALPH R. RENNA,                    )<br>                                    )<br>            Defendant.              )<br> _____) | CR. NO. S-04-419 LKK<br><br>ORDER |

     On August 9, 2005, this matter came on calendar for a status conference.  The United States was represented by Michael Beckwith for Daniel S. Linhardt and the defendant was represented by Donald Heller, Esq.  The parties agreed that additional time was necessary in order for them to determine whether it was possible to negotiate a civil resolution.  The parties requested a continued status date since until those negotiations are concluded counsel would be unable to determine best how to proceed.  Based on the current situation the parties agreed that time was excludable pursuant to Local Code T-4 to give all counsel further time to prepare.  The case was continued until

1

```
 1  September 13, 2005, at 9:30 A.M., and time was excluded pursuant
 2  to Local Code T-4.
 3
 4  Dated: August 31, 2005          /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
 5                                  U.S. District Court Judge
```