```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  DANIEL S. LINHARDT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2909
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CR. NO. S-04-419 LKK
12           Plaintiff,          )
                                 )  ORDER
13      v.                       )
                                 )
14  RALPH R. RENNA,              )
                                 )
15           Defendant.          )
    _____)
16
17
18       This matter came on calendar on September 13, 2005, for a
19  status hearing at which time Assistant U.S. Attorney Daniel S.
20  Linhardt appeared on behalf of the government and Donald Heller,
21  Esq., appeared on behalf of the defendant.  Counsel for the
22  defendant stated that the defense was in the process of auditing
23  the payments received by the defendant from the Department of
24  Agriculture.  Accordingly the parties requested a continued
25  status date since until the audit is completed both counsel will
26  be unable to determine best how to proceed.  Both counsel agreed
27  that time should be excluded pursuant to Local Code T-4 to give
28  them time to prepare and that the case should be continued until
```

1  October 12, 2005.  The request of counsel for a continuance is
2  granted and it is;
3     **ORDERED** that the status conference in this case be continued
4  until October 12, 2005, and that based upon representations of
5  the parties the Court concludes that the ends of justice served
6  by granting such continuance outweigh the best interest of the
7  public and defendant in a speedy trial and accordingly the time
8  between September 13, 2005, and October 12, 2005, be excluded
9  from the time in which the defendant's trial must commence in
10 accordance with 18 U.S.C. § 3161(h)(8)(A) and Local Code T-4.

12 Dated: September 16, 2005                /s/ Lawrence K. Karlton
                                            HON. LAWRENCE K. KARLTON
13                                          U.S. District Court Judge

2