McGREGOR W. SCOTT
United States Attorney
DANIEL S. LINHARDT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2909

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )   CR. NO. S-04-419 LKK
        Plaintiff,          )
                            )   ORDER RE: EXCLUDABLE TIME AND
    v.                      )   STATUS CONFERENCE
                            )
RALPH R. RENNA,             )
                            )
        Defendant.          )
_____)

This matter having come before the Court on October 12, 2005, at which time Assistant U.S. Attorney Daniel S. Linhardt appeared on behalf of the government and Donald Heller, Esq., appeared on behalf of defendant Ralph R. Renna. The parties advised the Court that they were in the process of negotiations and that some additional information was necessary before the parties could determine the proper course to take in this matter. Accordingly, the parties stipulated that time should be excluded for counsel to have an opportunity to be properly prepared and the parties request that the Court continue the matter until December 13, 2005, at 9:30 A.M. The Court having considered the representation of the parties their joint motion to continue the

1 | matter until December 13, 2005, is GRANTED, and it is;
2 |     ORDERED that the matter be set on this Court's calendar for
3 | Status conference on December 13, 2005, at 9:30 A.M. and that the
4 | time between October 12, 2005, and December 13, 2005, is excluded
5 | from the time in which the defendant's trial must begin pursuant
6 | to 18 U.S.C. § 3161(h)(8)(A) in that the Court finds the ends of
7 | justice served by the granting of such continuance outweighs the
8 | best interest of the public and the defendant in a speedy trial.
9 | Time is also excluded pursuant to Local Code T4.
10 |
11 | Dated: October 17, 2005          /s/ Lawrence K. Karlton
                                     HONORABLE LAWRENCE K. KARLTON
12 |                                  U.S. DISTRICT COURT JUDGE