**DONALD H. HELLER, ESQ,, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA 95825**
**Telephone:  (916) 974-3500**
**Facsimile:    (916) 927-2009**

**Attorneys for Defendant**
**Ralph R. Renna**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No: CR-04-0419 LKK |
|                                                          ) | |
|       Plaintiff,                                       ) | |
|                                                          ) | |
| vs.                                                       ) | ORDER RE |
|                                                          ) | EXCLUDABLE TIME |
|                                                          ) | |
| RALPH R. RENNA                             ) | |
|                                                          ) | |
|       Defendants.                                  ) | |
| _____) | |

This matter came on calendar on December 13, 2005, for a status hearing. Assistant United States Attorney, Daniel S. Linhardt, appeared on behalf of the government and Donald H. Heller, Esq. appeared on behalf of defendant, Ralph R. Renna. Counsel for the defendant represented that the parties needed additional time in order to determine whether it was possible to negotiate a civil resolution to this matter. The parties requested a continued status date until those negotiations are concluded, so that Counsel can determine the best way of proceeding in this criminal case. Based on the current situation, the parties agreed that time was excludable

1  pursuant to Local Code T-4 to give all counsel further time to prepare.  The parties requested
2  the case be continued to January 24, 2006, at 9:30 a.m.; accordingly, it is:
3       ORDERED that the Status Conference in this case be continued until January 24, 2005,
4  at 9:30 a.m. and that based on the representations of the parties, the Court concludes that the
5  ends of justice served by granting such continuance outweighs the best interest of the public and
6  defendant in a speedy trial and accordingly, the time between December 13, 2005, and January
7  24, 2006, be excluded from the time in which the defendant's trial must commence in
8  accordance with 18 U.S.C. § 31.61(h)(8)(A) and Local Code T-4.

DATED:  January _17, 2006            /s/ Lawrence K. Karlton _
                                     HONORABLE LAWRENCE K. KARLTON
                                     United States District Judge