```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  DANIEL S. LINHARDT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2909
 5
 6
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10            FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )
                                 )  CR. NO. S-04-419 LKK
13            Plaintiff,         )
                                 )  MOTION TO DISMISS
14       v.                      )
                                 )
15  RALPH R. RENNA,              )
                                 )
16            Defendant.         )
    _____)
17
18       The United States of America by and through the undersigned
19  Assistant United States Attorney hereby moves this Court pursuant
20  to Rule 48 of the Federal Rules of Criminal Procedure to dismiss
21  the above entitled matter.
22       The government and the defendant reached a civil resolution
23  of this case.  Upon reviewing that resolution the government
24  believes that it adequately addressed the problem and that no
25  further prosecution of the criminal case is necessary.
26  ///
27  ///
28  ///
```

1

1    Accordingly the government requests that the Court dismiss
2 the indictment in this matter.
3
4 Dated: January 19, 2006                Respectfully submitted,
                                         McGREGOR W. SCOTT
5                                        United States Attorney
6
                                         /s/ Daniel S. Linhardt
7                                        DANIEL S. LINHARDT
                                         Assistant U.S. Attorney
8
9
10
**IT IS SO ORDERED.**
11
Dated: January 23, 2006                  /s/ Lawrence K. Karlton
12                                       LAWRENCE K. KARLTON
                                         U.S. District Court Judge
13

2